**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor 1 | Anthony Edward Tanida |
| Debtor 2 (Spouse, if filing) | Michelle Margaret Tanida |
| United States Bankruptcy Court for the: | NORTHERN District of TEXAS (State) |
| Case number | 13-44839 |

Form 4100R
# Amended Response to Notice of Final Cure Payment          10/15

According to Bankruptcy Rule 3002.1(g), the creditor responds to the trustee's notice of final cure payment.

## Part 1: Mortgage Information

**Name of creditor:** U.S. Bank Trust National Association, as Trustee of Bungalow Series FTrust

**Last 4 digits** of any number you use to identify the debtor's account: 2 1 9 5

**Court claim no.** (if known): 3-1

**Property address:** 6013 Saddle Bag Drive
Number  Street

Fort Worth    TX    76179
City          State  ZIP Code

## Part 2: Prepetition Default Payments

*Check one:*

☒ Creditor agrees that the debtor(s) have paid in full the amount required to cure the prepetition default on the creditor's claim.

☐ Creditor disagrees that the debtor(s) have paid in full the amount required to cure the prepetition default on the creditor's claim. Creditor asserts that the total prepetition amount remaining unpaid as of the date of this response is:     $ _____

## Part 3: Postpetition Mortgage Payment

*Check one:*

☒ Creditor states that the debtor(s) are current with all postpetition payments consistent with § 1322(b)(5) of the Bankruptcy Code, including all fees, charges, expenses, escrow, and costs.

The next postpetition payment from the debtor(s) is due on: 02/01/2019
MM / DD / YYYY

☐ Creditor states that the debtor(s) are not current on all postpetition payments consistent with § 1322(b)(5) of the Bankruptcy Code, including all fees, charges, expenses, escrow, and costs.

Creditor asserts that the total amount remaining unpaid as of the date of this response is:

a. Total postpetition ongoing payments due:         (a) $ _____
b. Total fees, charges, expenses, escrow, and costs outstanding:  + (b) $ _____
c. **Total**. Add lines a and b.                    (c) $ _____

Creditor asserts that the debtor(s) are contractually obligated for the postpetition payment(s) that first became due on:   ___/___/___
MM / DD / YYYY

Debtor 1 __Anthony Edward Tanida__
          First Name   Middle Name   Last Name

Case number (*if known*) __13-44839__

---

**Part 4:  Itemized Payment History**

If the creditor disagrees in Part 2 that the prepetition arrearage has been paid in full or states in Part 3 that the debtor(s) are not current with all postpetition payments, including all fees, charges, expenses, escrow, and costs, the creditor must attach an itemized payment history disclosing the following amounts from the date of the bankruptcy filing through the date of this response:

- ■ all payments received;
- ■ all fees, costs, escrow, and expenses assessed to the mortgage; and
- ■ all amounts the creditor contends remain unpaid.

**Part 5:  Sign Here**

The person completing this response must sign it.  The response must be filed as a supplement to the creditor's proof of claim.

*Check the appropriate box::*

☐ I am the creditor.
☒ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this response is true and correct to the best of my knowledge, information, and reasonable belief.**

Sign and print your name and your title, if any, and state your address and telephone number if different from the notice address listed on the proof of claim to which this response applies.

✗ __/s/ Guadalupe Valencia__
Signature

Date __1__/__30__/__2019__

Print: __Guadalupe__    __Valencia__
       First Name  Middle Name  Last Name

Title: __Bankruptcy Specialist__

Company: __BSI Financial Services__

If different from the notice address listed on the proof of claim to which this response applies:

Address: __7505 Irvine Center Drive__
         Number    Street

__Irvine__    __Ca__   __92618__
City        State   ZIP Code

Contact phone (__949__) __201__ – __4287__

Email _____

---

## **CERTIFICATE OF SERVICE**

      I hereby certify that a copy of the foregoing Amended Response to Notice of Final Cure Payment was served on the 30th day of January, 2019. Said Response was filed electronically. Service was accomplished by the method and to the following as indicated.

      By: /s/ Richard Anderson
      RICHARD E. ANDERSON
      State Bar No. 01209010
      4920 Westport Drive
      The Colony, Texas 75056
      Email: randerson@AndersonVela.com

BY ELECTRONIC NOTICE OR REGULAR FIRST CLASS MAIL, POSTAGE PREPAID:

DEBTOR
Anthony Edward Tanida
6013 Saddle Bag Dr.  (Property)
Fort Worth, Texas 76179

DEBTOR
Michelle Margaret Tanida
6013 Saddle Bag Dr.  (Property)
Fort Worth, Texas 76179

DEBTORS' ATTORNEY
Christopher Marvin Lee
Lee Law Firm, PLLC
8701 Bedford Euless Road, Suite 510,
Hurst, TX 76053

TRUSTEE
Tim Truman
6851 N.E. Loop 820, Suite 300
N Richland Hills, TX 76180

U.S. TRUSTEE
United States Trustee
1100 Commerce Street, Room 976
Dallas, TX 75242

CREDITOR ATTORNEY

| | | |
|---|---|---|
| Angela D. Allen<br>Staff Attorney<br>Chapter 13 Trustee, Ft. Worth<br>6851 NE Loop 820, No. 300<br>N. Richland Hills, TX 76180<br>817-770-8500<br>817-770-1602 (fax)<br>angelaa@ch13ftw.com<br>  Assigned: 01/26/2016 | representing | Tim Truman<br>6851 N.E. Loop 820, Suite 300<br>N Richland Hills, TX 76180<br>817-770-8500<br>ftworthchapter13trustee-ecf@ch13ftw.com<br>*(Trustee)* |
| John R. Callison<br>Barrett Daffin Frappier Turner & Engel<br>15000 Surveyor Boulevard<br>Addison, TX 75001<br>(972) 386-5040<br>(972) 661-7725 (fax)<br>ndecf@bdfgroup.com<br>  Assigned: 02/02/2017 | representing | Federal National Mortgage Association<br>CO Rosicki, Rosicki & Associates, P.C.<br>51 East Bethpage Road<br>Plainview, NY 11803<br>(516)741-2585<br>(516) 873-7244 (fax)<br>Bkmail@rosicki.com<br>*(Creditor)* |
| Eboney D. Cobb<br>Perdue Brandon Fielder Collins & Mott<br>500 E. Border St, Suite 640<br>Arlington, TX 76010<br>(817) 461-3344<br>(817) 860-6509 (fax)<br>ecobb@pbfcm.com<br>  Assigned: 12/13/2013 | representing | Eagle Mountain-Saginaw ISD<br>c/o Perdue Brandon Fielder et al.<br>P.O. Box 13430<br>Arlington, TX 76094-0430<br>817-461-3344<br>817-860-6509 (fax)<br>*(Creditor)* |
| Andrew David Goldberg<br>Rosicki Rosicki & Associates, P.C.<br>51 East Bethpage Road<br>Plainview, NY 11803<br>516-741-2585<br>(516) 873-7244 (fax)<br>Bkmail@rosicki.com<br>  Assigned: 02/27/2014 | representing | Federal National Mortgage Association<br>CO Rosicki, Rosicki & Associates, P.C.<br>51 East Bethpage Road<br>Plainview, NY 11803<br>(516)741-2585<br>(516) 873-7244 (fax)<br>Bkmail@rosicki.com<br>*(Creditor)* |

| | | |
|---|---|---|
| Paul K. Kim<br>Barrett Daffin Frappier Turner & Engel<br>15000 Surveyor Blvd. Ste. 100<br>Addison, TX 75001<br>(972) 386-5040<br>(972) 386-7673 (fax)<br>ndecf@BDFGROUP.com<br>  *Assigned: 05/04/2017* | representing | Bungalow Series F REO, LLC<br>*(Creditor)* |
| Melissa Linell Palo<br>Linebarger Goggan Blair & Sampson, LLP<br>2777 N. Stemmons Frwy Ste 1000<br>Dallas, TX 75207<br>(214) 880-0089<br>(469) 221-5003 (fax)<br>melissa.palo@lgbs.com<br>  *Assigned: 10/28/2013* | representing | Tarrant County<br>CO Melissa L Palo<br>2323 Bryan Street, Ste 1600<br>Dallas, Tx 75201<br>*(Creditor)* |
| Cole D. Patton<br>McCarthy & Holthus, LLP<br>1255 West 15th Street<br>Suite 1060<br>Plano, TX 75075<br>214-291-3800<br>214-291-3801 (fax)<br>mhtbkanhsselffilings@mccarthyholthus.com<br>  *Assigned: 06/06/2016* | representing | Federal National Mortgage Association<br>CO Rosicki, Rosicki & Associates, P.C.<br>51 East Bethpage Road<br>Plainview, NY 11803<br>(516)741-2585<br>(516) 873-7244 (fax)<br>Bkmail@rosicki.com<br>*(Creditor)* |
| Yoshie Valadez<br>McCarthy & Holthus, LLP<br>1255 West 15th Street, Suite 1060<br>Plano, TX 75075<br>(214) 291-3800<br>(214) 291-3801 (fax)<br>mhtbkanhsselffilings@mccarthyholthus.com<br>  *Assigned: 05/31/2017* | representing | Seterus, Inc.<br>*(Creditor)* |

/s/ Richard E. Anderson
RICHARD E. ANDERSON